IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ATCHISON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 3:13-CV-1300<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW** this 17th of April, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 28) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 28) is **ADOPTED.**

(2) Defendant United States of America's Motion for Summary Judgment (Doc. 19) is **GRANTED**.

(3) Judgment is **ENTERED** for the United States of America against Plaintiff Richard Atchison on all remaining claims.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge